JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HSU,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVY CHASE BANK, FSB; BARCLAYS BANK PLC; BCAP, LLC; BCAP, LLC TRUST 2007-AA4; DEUTSCHE BANK NATIONAL TRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CAPITAL ONE; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALLPERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE ESTATE, LEIN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; And DOES 1 to 10, Inclusive,<br><br>    Defendants. | Case No. V12-07602 ABC(AJWx)<br><br>Honorable Judge Audrey B. Collins<br><br>[~~PROPOSED~~] ORDER FOR JUDGMENT OF DISMISSAL OF DEFENDANTS CAPITAL ONE, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR BCAP, LLC TRUST 2007-AA4, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Complaint filed: September 5, 2012 |

## [PROPOSED] ORDER

On January 14, 2013, this Court granted Defendants Capital One, N.A. (erroneously sued as Capital One, appearing on behalf of itself and as successor by merger to Chevy Chase Bank, FSB), Deutsche Bank National Trust Company as Trustee for BCAP, LLC Trust 2007-AA4 (erroneously sued as Deutsche Bank National Trust Company and BCAP, LLC Trust 2007-AA4), and Mortgage Electronic Registration Systems, Inc.'s (collectively "Defendants") Motion To Dismiss the Complaint of Plaintiff David Hsu ("Plaintiff") in its entirety as to Defendants, without leave to amend.

Accordingly, the Court **ORDERS** as follows:

(1) Judgment is entered in favor of Defendants on Plaintiff's Complaint;

(2) Defendants are hereby dismissed from this action with prejudice;

(3) Defendants are entitled to costs incurred in an amount to be determined by the Court.

**IT IS SO ORDERED.**

DATED: January 23, 2013

_____
Hon. Audrey B. Collins